| | | |
|---|---|---|
| Label Matrix for local noticing<br>0643-7<br>Case 20-70506-grs<br>Eastern District of Kentucky<br>Pikeville<br>Thu Nov 19 13:39:00 EST 2020 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 |
| CAPITAL ONE<br>1680 CAPITAL ONE DRIVE<br>MC LEAN, VA 22102-3407 | CAPITAL ONE/WALMART<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 | (p)CASH EXPRESS LLC<br>345 SOUTH JEFFERSON AVENUE SUITE 300<br>COOKEVILLE TN 38501-3456 |
| CENTRAL KENTUCKY MANAGEMENT SVCS<br>LOCKBOX 951336<br>CLEVELAND, OH 44193-0011 | CHRYSLER CAPITAL<br>PO BOX 961275<br>FORT WORTH, TX 76161-0275 | (p)COMMUNITY TRUST BANK INC<br>346 NORTH MAYO TRAIL<br>PIKESVILLE KY 41501-1492 |
| CREDIT ONE BANK, N.A.<br>P.O. BOX 60500<br>CITY OF INDUSTRY, CA 91716-0500 | DEPT OF ED/NAVIENT<br>123 JUSTISON STREET, 3RD FLOOR<br>WILMINGTON, DE 19801-5360 | FIRST FINANCIAL CREDIT<br>404 SOUTH MAYO TRAIL, UNIT 5<br>PIKEVILLE, KY 41501-1676 |
| (p)G L A COLLECTION CO INC<br>PO BOX 588<br>GREENSBURG IN 47240-0588 | Henry D Hicks<br>PO Box 277<br>Stanville, KY 41659-0277 | JPMCB CARD<br>PO BOX 2917<br>PIKEVILLE, KY 41502-2917 |
| KY CASH ADVANCE<br>96 POWER DRIVE<br>PIKEVILLE, KY 41501-3311 | L. Craig Kendrick<br>8459 US 42<br>Suite F, #311<br>Florence, KY 41042-8351 | Elizabeth P Layne<br>41 King Drive<br>Kite, KY 41828-8828 |
| Tyler M Layne<br>41 King Drive<br>Kite, KY 41828-8828 | NTL RECOVERY AGENCY<br>2491 PAXTON STREET<br>HARRISBURG, PA 17111-1036 | ONE MAIN FINANCIAL<br>111 JUSTICE WAY, UNIT 115<br>PIKEVILLE, KY 41501-7950 |
| RESURGENT RECEIVABLES, LLC<br>55 BEATTIE PL STE 110<br>GREENVILLE, SC 29601-5115 | SYNCHRONY BANK<br>PO BOX 965033<br>ORLANDO, FL 32896-5033 | SYNCHRONY NETWORKS<br>140 WEKIVA SPRINGS ROAD<br>LONGWOOD, FL 32779-3604 |
| TRUEACCORD<br>16011 COLLEGE BLVD, SUITE 130<br>SHAWNEE MISSION, KS 66219-9877 | U.S. Trustee<br>100 E Vine St #500<br>Lexington, KY 40507-1441 | US BANK<br>131 MAIN ST.<br>PIKEVILLE, KY 41501-1147 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AMERICAN HONDA FINANCE CORPORATION<br>NATIONAL BANKRUPTCY CENTER<br>P.O. BOX 168088<br>IRVING, TX 75016-8088 | CAINE & WEINER<br>PO BOX 5010<br>WOODLAND HILLS, CA 91365-0000 | CASH EXPRESS, LLC<br>345 S. JEFFERSON AVE., STE. 300<br>COOKEVILLE, TN 38501 |
| COMMUNITY TRUST BANK<br>PO BOX 2947<br>PIKEVILLE, KY 41502-2947 | (d)COMMUNITY TRUST BANK, INC.<br>P.O. BOX 2947<br>PIKEVILLE, KY 41502 | GLA COLLECTIONS<br>2630 GLEESON LANE<br>LOUISVILLE, KY 40299 |
| (d)HONDA FINANCIAL SERVICES<br>PO BOX 5308<br>ELGIN, IL 60121-5308 | End of Label Matrix<br>Mailable recipients    26<br>Bypassed recipients     0<br>Total                  26 | |