# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
### Pikeville Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

| | |
|---|---|
| In re  Tyler M Layne<br>Elizabeth P Layne<br>41 King Drive<br>Kite, KY 41828<br>41 King Drive<br>Kite, KY 41828 | Case No. 20–70506–grs<br><br>Chapter: 7 |

aka/dba:

SSN/TID: xxx–xx–1217
xxx–xx–8783

Debtor(s)

## ORDER

A(n) Objection to Debtor's Claim of Exemptions [ECF No. 22] having been filed on behalf of the Trustee L. Craig Kendrick, and an Objection [ECF No. 25] to the matter having been filed that is defective for the following reason(s):

☑ Notice of hearing is missing/incomplete/incorrect. Go to www.kyeb.uscourts.gov to obtain correct hearing information.

☐ Other.

It is ORDERED that the objecting party shall properly notice said matter for hearing within 7 days from the date of this Order, or the Objection shall be deemed overruled.

DATED: 1/6/21

By the court –

/s/Gregory R. Schaaf
Gregory R. Schaaf
U.S. Bankruptcy Judge